# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **JOHNSON CONTROLS TECHNOLOGY COMPANY,**<br><br>Plaintiff,<br><br>v.<br><br>**WILLOW TECHNOLOGIES, LLC, et al.,**<br><br>Defendants. | Case No. 1:21-cv-01796-JDW |

## ORDER

**AND NOW**, this 23rd day of August, 2022, upon consideration of Defendants' Motion For Leave To Amend Their Answer And Counterclaims (D.I. 38), and in light of Plaintiffs' statement of no opposition, it is hereby **ORDERED** that the **MOTION** is **GRANTED**. Defendants and Counterclaim Plaintiffs shall separately docket their First Amended Answer and Counterclaims on or before August 26, 2022.

BY THE COURT:

*/s/ Joshua D. Wolson*
**HON. JOSHUA D. WOLSON**